UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 2:18-cv-06877-DOC-MAA                                    Date: May 7, 2019

Title: Atkins v. Montgomery

---

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why Respondent Has Failed to File a Timely Answer

On February 28, 2019, the Court ordered Respondent W.L. Montgomery to file and serve an Answer to the Petition. (ECF No. 12, at 2.) Respondent's Answer was due on April 15, 2019. (*See id.*) To date, neither an Answer nor a request for an extension of time in which to file an Answer has been lodged with this Court.

Respondent is **ORDERED TO SHOW CAUSE** why he has failed to file a timely Answer. Respondent must respond in writing to this Order to Show Cause no later than **May 21, 2019**. Alternatively, the Order to Show Cause will discharge automatically upon the filing of Respondent's Answer or a request for an extension of time in which to file the Answer supported by a showing of good cause.

It is so ordered.

**Time in Court:** 0:00
**Initials of Preparer:** CSI